IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RUBEN LOPEZ QUIROZ,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Civ. No. 2:17-cv-0056
Crim. No. 2:14-cr-0200(2)
CHIEF JUDGE SARGUS
Magistrate Judge King

## ORDER

On August 23, 2017, the Magistrate Judge directed the Respondent to mail another copy of the *Answer* to Petitioner and recommended that Petitioner's *Motion for Summary Judgment* (Doc. 925), in which Petitioner complained that Respondent had not responded to the Motion to Vacate, be denied. *Order and Report and Recommendation* (Doc. 926). Although the parties were advised of the right to file objections to the Magistrate Judge's *Order and Report and Recommendation*, no objections have been filed. Instead, on September 8, 2017, Petitioner filed a *Motion to Withdraw Previous Motion for Summary Judgment* (Doc. 930), indicating that he has now received a copy of the government's *Answer*. Petitioner also filed a *Motion for Extension of Time to File a Traverse to the Government's Response*. (Doc. 929).

The *Order and Report and Recommendation* (Doc. 926) is **ADOPTED** and **AFFIRMED**. Petitioner's *Motion to Withdraw Previous Motion for Summary Judgment* (Doc. 930), is **DENIED**, as moot. Petitioner's *Motion for Extension of Time to File a Traverse to the Government's Response* (Doc. 929) is **GRANTED**. Petitioner may have 60 days from the date of this *Order* to file a *Traverse*.

9-11-2017
Date

Edmund A. Sargus, Jr.
Chief United States District Judge